[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JANUARY 10, 2008
THOMAS K. KAHN
CLERK

_____

No. 07-14145
Non-Argument Calendar

_____

D. C. Docket No. 06-21321-CV-AJ

CARLOS CASANOVA,

Plaintiff-Appellant,

versus

JORGE LUIS MORALES,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

**(January 10, 2008)**

Before ANDERSON, BARKETT and HULL, Circuit Judges.

PER CURIAM:

We find no error in the District Court's determination that Carlos Casanova

has failed to establish coverage under the Fair Labor Standards Act, 29 U.S.C. §§

201-216, and thus, the Summary Judgment in favor of Jorge Luis Morales is

**AFFIRMED.**